**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           )<br>                   )<br>          Plaintiff,           )<br>                   )<br>vs.               )<br>                   )<br>                   )<br>Leanne Watahomigie,       )<br>                   )<br>          Defendant.          )<br>                   )<br>_____) | CR 06-1003-PCT-DGC<br><br>**ORDER** |

Defendant Leanne Watahomigie has filed a Motion to Screen for Residential Treatment Center. Dkt. #36. The motion seeks to have Defendant screened for possible residency at Native American Connections ("NAC").

The Government and Pretrial Services oppose Defendant's motion because they view her as a danger to the community and a flight risk. Dkt. #40. They note that Defendant has an extensive criminal history that includes violence and failures to obey court orders. They also note that the motion seeks mental health treatment for Defendant, but that NAC is not a mental health treatment center nor a secure facility.

The Court finds that Defendant has been detained for good reason. She has a history of violence, including a potentially deadly attack in this case, and Pretrial Services indicates that she has a record of escape, parole violation, and probation revocation. The motion does not request a modification of Defendant's detention or provide any basis upon which the Court could conclude that a release from detention is appropriate. Obviously, if Defendant

is detained, she cannot participate in any program at NAC, regardless of whether she has been screened for placement.

If Defendant believes that grounds exist for modifying the current order of detention, she may present those grounds by motion and the Government may respond.  Absent of showing that detention should be modified, however, the Court will not grant Defendant's request to be screened for placement at NAC or a similar facility.

**IT IS ORDERED** that Defendant's Motion to Screen for Residential Treatment Center (Dkt. #36) is **denied**.

DATED this 31st day of May, 2007.

_____
David G. Campbell
United States District Judge